————O————

No. 4310.

CRESCENT CITY CARBONATE CO. LTD. VS. JEAN B. CAIRE et als.

WRIT OF MANDAMUS ON CLERK.

The issues herein presented are identical with those in the case of Finlay, Dicks & Co., vs. Caire, decided this day:

Appeal from Twenty-Seventh Judicial District Court, St. James.

H. Kenner, for Plaintiff and Appellant.

Pugh & Himel, Kernan & Lambremont, for Defendant and Appellee.

DUFOUR, J. This case is identical with that of Finlay, Dicks & Co. vs. Caire et als, decided this day.

For ther easons therein assigned.

It is ordered that the preliminary writ herein issued be vacated, with the understanding that upon relator's paying the clerk the legal charges for preparing, certifying and transmitting the record of appeal to this Court. the clerk shall thereupon comply with his duties.

Nov. 11, 1907.

Rehearing refused Dec. 9, 1907.

153

## ON MERITS.

The issues herein are identical with those involved in Ahrens & Ott. vs. Caire et als, decided this day.

DUFOUR, J.   The issues in this case are identical with those in the case of Ahrens & Ott Co. vs. the same defendants decided this day.

For ther easons assigned in the opinion in that case.

It is ordered that the judgment be reversed, that this cause be remanded for trial *de novo,* appellee to pay costs of appeal, and the costs of the lower Court to await the final determination of the cause.

April 6, 1908.

Rehearing refused April 20, 1908.